FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/12)      Case Number **13−10081**

# UNITED STATES BANKRUPTCY COURT
Western District of North Carolina (Asheville)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtorCorporation listed below was filed on 2/11/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court. See Reverse Side For Important Explanations.**

Debtor (name(s) used in the last 8 years, including married, maiden, trade and address):

Christian World Adoption
dba   Christian World Adoption, Inc.
37 Old Brickyard Road
Fletcher, NC 28732

| Case Number:<br>13−10081 | Taxpayer ID Nos.:<br>57−0967054 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Glenn C. Thompson<br>Hamilton Stephens Steele & Martin<br>201 S. College St.<br>Suite 2020<br>Charlotte, NC 28244−2020<br><br>Telephone number: (704) 227−1067 | Bankruptcy Trustee (name and address):<br>Larry Michael Stiles<br>Chapter 7 Trustee<br>223 East Blvd.<br>Charlotte, NC 28203<br><br>Telephone number: (704) 376−1744 |

### Meeting of Creditors:

Date: **March 27, 2013**       Time: **09:00 AM**

Location: **Bankruptcy Courtroom, First Floor, 100 Otis Street, Asheville, NC 28801**

### Deadlines:

FILE A PROOF OF CLAIM WITH ATTACHMENTS ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT ON THE BANKRUPTCY COURT'S WEB SITE AT www.ncwb.uscourts.gov.
**Deadline to File a Proof of Claim:**
For all creditors(except a governmental unit): **6/25/13**       For a governmental unit: **180 days from date of voluntary petition, order for relief, or conversion, whichever is later.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Asheville Division<br>U. S. Courthouse<br>100 Otis Street, Room 111<br>Asheville, NC 28801<br><br>Telephone number: 828−771−7300 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Steven T. Salata |
|---|---|
| Hours Open: 8:30 AM − 4:30 PM, Monday − Friday | Date: 2/13/13 |

**EXPLANATIONS** FORM B9D (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a statement describing a creditor's claim and must be filed electronically with the Bankruptcy Court at the Bankruptcy court's web site at www.ncwb.uscourts.gov. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

––– Refer to Other Side for Important Deadlines and Notices –––

NOTICE IS HEREBY GIVEN that if the debtor fails to appear at the first meeting of creditors, or if the debtor fails to file all schedules, statements, lists and other documents required to be filed by the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules of this Court within the time period set forth in these rules, the debtor's case will be subject to dismissal without further notice or opportunity for hearing.

APPOINTMENT OF TRUSTEE This notice constitutes an order of the court appointing the trustee named on the front side as the interim trustee to serve under general blanket bond.