# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | CASE No.: 13-10081 |
| **Christian World Adoption** ) | |
| **dba Christian World Adoption, Inc.** ) | |
| ) | **CHAPTER 7** |
| **Debtor(s).** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned represents the South Carolina Department of Employment and Workforce ("the Creditor") and pursuant to, *inter alia*, Federal Bankruptcy Code 102(1), 342, and 1109(b) and Bankruptcy Rules 2002 and 9007, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned at the following address and telephone number.

.

                                                /s/ Trey McLeod
                                                **E.B. "Trey" McLeod, III**
                                                **SC District Court #10838**
                                                **SC Bar #73642**
                                                **S.C. Department of Employment and Workforce**
                                                **Post Office Box 8597**
                                                **Columbia, South Carolina 29202**
                                                **(803) 737-3168**
**Date: August 25, 2015**                        tmcleod@dew.sc.gov